Alan J. Harlan, Esq.
Wright Ginsberg Brusilow P.C.
14755 Preston Road, Suite 600
Dallas, Texas  75254
(972) 788-1600 Telephone
(972) 702-0662 Facsimile
aharlan@wgblawfirm.com
ATTORNEYS FOR TWIN OAKS
CONSULTANTS, INC./MICHAEL C. HOPKINS

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **STONECOAT, L.P.**, | § | **Case No. 15-30607** |
| | § | **Chapter 7** |
| *Debtor*. | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Alan J. Harlan and the law firm of Wright Ginsberg Brusilow P.C., and hereby gives notice of its appearance in the above-captioned case as counsel of record for Twin Oaks Consultants, Inc./Michael C. Hopkins, an unsecured creditor of Stonecoat, L.P..  As such, the undersigned attorneys hereby formally request that they be added to the service list to receive copies of all pleadings and papers filed of record by the Debtor, the Trustee and others in connection with this cause.

Respectfully submitted,

WRIGHT GINSBERG BRUSILOW P.C.


By:      /s/ Alan J. Harlan
        Alan J. Harlan
        State Bar No. 09010200
        David B. Koch
        State Bar No. 11643850

600 Signature Place
14755 Preston Road
Dallas, Texas  75254
(972) 788-1600 Telephone
(972) 702-0662 Telecopy

ATTORNEYS FOR TWIN OAKS
CONSULTANTS/MICHAEL C. HOPKINS

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed the foregoing document with the Clerk of the Court for the U. S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who have consented in writing to accept this Notice as service of this document by electronic means:

\     Eric A. Liepins, Esq.
      12770 Coit Road, Suite 1100
      Dallas, Texas  75251
      (972) 991-5592
      eric@ealpc.com

I hereby certify that I have served the foregoing document by mailing a copy to:

Scott M. Seidel, Esq.                    United States Trustee
Seidel Law Firm                          1100 Commerce Street, Room 976
6505 W. Park Blvd., Suite 306            Dallas, Texas  75242
Plano, Texas  75093

                  /s/ Alan J. Harlan
                  Alan J. Harlan

R:\10300s\10399\03\SC BKCY\P\NOTAPP.wpd

**NOTICE OF APPEARANCE** - Page 2